FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CECILIA REYES-CHAVEZ,<br>Defendant. | Criminal Case No. 08CR945-LAB<br><u>INFORMATION</u><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about February 29, 2008, within the Southern District of California, defendant CECILIA REYES-CHAVEZ, did knowingly and intentionally import approximately 32.74 kilograms (72.02 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

[signature] for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
3/27/08