# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE NUMBER 08cr945-LAB

vs ) ABSTRACT OF ORDER

Cecilia Reyes-Chavez ) Booking No. 06062298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/28/08

the Court entered the following order:

✓ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

✓ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Probation 3 years

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

OR

Received [signature] #3081
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk T. WACHAM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY